**Motion Granted; Order filed, March 11, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00502-CV
_____

**CHRISTINE E. REULE, Appellant**

**V.**

**M & T MORTGAGE, M & T BANK BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING GROUP, LP, BAYVIEW FINANCIAL LP AND HUGHES, WATTERS, ASKANASE, LLP, Appellees**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-75636**

---

## ORDER

The reporter's record from the trial in the underlying case was filed October 30, 2013. Appellant filed a motion to compel the official court reporter, Norma Duarte, to file records from hearings in the underlying case. Norma Duarte provided this court with a list of hearing dates for which a record was taken, but not yet filed. This court abated the appeal and requested the trial court to conduct a

hearing to determine which records were necessary to the appeal. After a hearing, the trial court ordered the records from eight hearings filed. These records were filed January 29, 2014.

Appellant filed a second motion to compel Norma Duarte to file records from hearings in the underlying case. Although appellant's motion failed to designate specific hearing records that she requests, as required by Texas Rule of Appellate Procedure 34.6(a)(1), appellant filed a reply to appellees' response identifying the records she requests for her appeal. We grant appellant's motion to compel with respect to designated records not yet filed. Accordingly, we issue the following order:

We order Norma Duarte, the official court reporter, to file reporter's records from the following hearings **within 60 days** of the date of this order:

2/2/09 Pauper's oath contest;

4/27/09 Temporary Injunction and Motion to Disqualify;

5/18/09 Motion for Continuance filed by HWA;

6/8/09 Motion for Order Shorten Time, Motion to Compel, and Motion for Protective Order;

7/13/09 Motion to Strike – Continued; Motion for Continuance of MSJ by all parties;

11/23/09 HWS Motion for Partial Summary Judgment;

3/21/11 – Motion to Reinstate;

7/11/11 Appellant's attorney's Motion to Withdraw;

10/17/11 Motion to Compel;

11/21/11 Motion to Strike;

12/5/11 Trial setting not reached; Motion for summary judgment;

2/6/12 Motion for Reconsideration of MSJ filed by HWA;

2/27/12 Motion for Reconsideration of MJS;

4/9/12 Motion for Discovery Sanctions and to Exclude Evidence Rule 193.6;

6/24/13 Post-trial hearing; Contest to Indigence; Motion for Sanctions;

2

9/3/13 Appellant's Motion for JNOV –; Entry of Judgment.

If no record was taken for any of these hearing dates, the official court reporter is ordered to file a certified statement that no record was made.

The appeal remains abated and will be reinstated when the supplemental reporter's records have been filed. Appellant's brief will be due 30 days after the appeal is resinstated.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.